SLIP OPINION

Cite as 2015 Ark. 494

# SUPREME COURT OF ARKANSAS

| IN RE SUPREME COURT COMMITTEE ON PROFESSIONAL CONDUCT | **Opinion Delivered** December 17, 2015 |
| --- | --- |

**PER CURIAM**

The terms of the following members of the Supreme Court Committee on Professional Conduct expire December 31, 2015:

Panel B:  James Dunham – (Russellville) attorney, Third Congressional District

Panel B:  Sylvia Orton – (Little Rock) non-attorney, statewide at large

Panel C:  Judge Kathleen Bell (Helena) attorney, First Congressional District

Mr. Dunham is eligible to serve another term and has accepted reappointment in the present position.  Appointment is hereby made to a new six-year term, which shall expire on December 31, 2021.

Sylvia Orton and Judge Bell will both be ending their second full terms, and therefore are not eligible for reappointment.

The court hereby appoints Keith Chrestman of Jonesboro to Panel C as the First Congressional District attorney member, and Elmer J. Ritchie of Little Rock to Panel B as the non-attorney member, statewide at large.  Each of these members are also appointed for a six-year term ending December 31, 2021.

The Court expresses its appreciation to each of these members for their service on this most important Committee.